IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| HAL C. POTTER, *et al.*, | ) |
| Plaintiffs, | ) Case No. 4:18-cv-167-D |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

### ORDER

The United States' motion for an entry of a stay in this case, and to extend its deadline to file a responsive pleading by 14 days from the date the Department of Justice reopens, is hereby **GRANTED**. The stay shall lift automatically upon the reopening of the Department of Justice.

IT IS SO ORDERED this __8__ day of January, 2019.

JAMES C. DEVER III
United States District Judge