UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| HAL C. POTTER and the ESTATE OF LINDA H. POTTER, by and through HAL C. POTTER, Executor,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 4:18-cv-167-D |

## ORDER

The Plaintiffs' motion for an entry of a stay of all deadlines in this case for a period of thirty (30) days is hereby **GRANTED**. The stay shall lift automatically thirty days from the entry of this order.

SO ORDERED. This the __1__ day of ~~April~~ May 2019.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE